FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENE VIRAMONTES BURGOIN <br><br> Defendant. | Case No.: 10-2327M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern, CA** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _alleged drug use on supervision and not testing; no verified info or bail resources_

1
2
3
4    and/or
5  B.    ( )    The defendant has not met his/her burden of establishing by
6         clear and convincing evidence that he/she is not likely to pose
7         a danger to the safety of any other person or the community if
8         released under 18 U.S.C. § 3142(b) or (c). This finding is based
9         on: _____
10  _____
11  _____
12  _____
13
14         IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    9/27/10
18
19                                          _____
20                                          UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28